## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jesus   Acosta-Dominguez**<br>YOB: 1990; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-02978MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 14, 2021, at or near Papago Farms, in the District of Arizona, **Jesus   Acosta-Dominguez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on May 17, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jesus   Acosta-Dominguez** is a citizen of Mexico. On May 17, 2017, **Jesus   Acosta-Dominguez** was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On April 14, 2021, agents found **Jesus   Acosta-Dominguez** in the United States at or near Papago Farms, Arizona, without the proper immigration documents. **Jesus   Acosta-Dominguez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>     Being duly sworn, I declare that the foregoing is<br>     true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| **Sworn by telephone _x_** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>April 16, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54